Law Office of
# Justin A. Zeller, p.c.

Justin A. Zeller
jazeller@zellerlegal.com

Brandon D. Sherr
bsherr@zellerlegal.com

Telephone: 212.229.2249
Facsimile: 212.229.2246

August 31, 2018

**VIA ECF**

Hon. Roanne L. Mann, Chief United States Magistrate Judge
United States District Court for the Eastern District of New York
Theodore Roosevelt United States Courthouse

Re: *Sampedro v. 500 Forest Avenue Corp. et al*, 17 CV 3423 (FB) (RLM)

Dear Magistrate Judge Mann:

      This firm represents the plaintiffs on the above-referenced action. I enclose the calculation of damages for Mr. Yanovskiy. On behalf of all parties, I also enclose a revised unexecuted settlement agreement. I thank the Court for its time and consideration.

      Respectfully submitted,

      Brandon D. Sherr

Enclosures (2)